# ATTACHMENT 1

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

FILED/REC'D
2022 JUL 18 A 10: 21
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Mr. Abdiwahab Mohamed Hussein

vs

(Full name of defendant(s))

Chris Buesgen

Case Number:

22-CV-391-JDP
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __100 Corrections Drive, Stanley WI 54768-6500__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant <u>Chris Buesgen, Warden</u>
(Name)

is (if a person or private corporation) a citizen of <u>Wisconsin</u>
(State, if known)

and (if a person) resides at <u>100 Corrections Drive Stanley, WI 54768-6500</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Department of Corrections (DOC) Stanley Correctional Institution (SCI) Warden</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Back in 6/28/19 I was subject to torture, terrorism and sexual harassment. I was subjected to the torture, terrorism and sexual harassment nature because of my race, color, ethnicity, class, familyal status, background, religion and disability. In June 28, 2019 I confined to a cell for next 14 days within humen treatment which while I was housed in the Restricted Housing unit.

How it happened, you know they have something called the firehouse where they can run a heat underground the cell that I am confine to. While I was under this treatment they made piss on myself for three different occassions and the peeing was not a normal peeing it was unusual peeing of my body. how can somebody pee galones of pee at the same time I believe this is unusual, I have never experienced anything like it in my life and this has changed my life forever, I don't get erection like I used to get before it has changed my sexual orientation. They even interrogated me for something I have nothing to do with. and again this year 4/13/2022 they have back doored me when I was housed in the Restricted Housing Unit again this year. this is an ongoing thing is happen now as we speak. The officers involved [1] COII Drew [2] Sergeant Schilling [3] captain Vait [4] Mr. Drost [5] Ms. Looker [6] COII Wold [7] COII Brock [8] COII PRICE [9] COII Denk [10] Tianlingian the 6/28/19 torture, terrorism and harassme has gone on for six months and these are inmates th

Attachment One (Complaint) – 3

I need as a witnesses are as follows: 1) Scotty 2) Black also known as Summer 3) Gordon 4) Colin Joshua

C.  JURISDICTION

- [x] I am suing for a violation of federal law under 28 U.S.C. § 1331.
      OR
- [x] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $300,000,000.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I demand ninety day speedy trial I mean Jury trial of my peers so I can have some closure. I demand a free fair independent and transparent investigation. I demand a Jury trial to have my illegal conviction over turned. If I would have gotten a fair impartial Jury trial case at hand I would have been acquitted and wouldn't be sitting in prison right now. I didn't had impartial Juries they were misled by the prosecutor introducing an inadmissible evidence into evidence to get an illegal conviction. the Ju were bias when they put my immigration status on tri instead putting my body on trial the entire Jury were tainted by one Juror Juror # 13 when she commented

Attachment One (Complaint) - 4

E.  JURY DEMAND

[X]  Jury Demand - I want a jury to hear my case
        OR

[ ]  Court Trial - I want a judge to hear my case

Dated this 13 day of July 20 22.

Respectfully Submitted,

*Abdiwuhab M. Hussain*
Signature of Plaintiff

541667
Plaintiff's Prisoner ID Number

100 Corrections Drive,
Stanley, WI 54768-6500
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[X]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5